UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. |
| | : | |
| VICTOR R. PAPAGNO, | : | |
| | : | VIOLATION : |
| Defendant. | : | 18 U.S.C. § 641 (Theft of Gov't Property) |
| | : | |
| _____ | : | |

## INFORMATION

The United States Attorney for the District of Columbia charges that:

At times material to this information:

1.  Defendant VICTOR R. PAPAGNO was an employee of the United States Department of the Navy ("Navy"). Starting in 1989, defendant VICTOR R. PAPAGNO began working as computer specialist and eventually was promoted to become the computer systems administrator at the Navy's Naval Research Laboratory ("NRL").

2.  Starting in 1997, defendant VICTOR R. PAPAGNO, while working at the NRL, began taking computer and office equipment home without permission. Pursuant to NRL policy, the computer and office equipment he stole was purchased by the Navy to be used by NRL employees for official business and defendant VICTOR R. PAPAGNO was prohibited from taking the equipment home and converting it to personal use.

## COUNT 1

3.  From 1997, the exact dates being unknown, through in or about August 2007, in the District of Columbia, the defendant, VICTOR R. PAPAGNO, wilfully and knowingly caused to be stolen and purloined property of the United States, to wit, 19,709 pieces of computer and

office equipment belonging to the Navy, such property having a retail price, when new, of approximately $1.6 million, for the defendant's personal benefit and for the benefit of friends and family members of friends.

In violation of Title 18, United States Code, Section 641 (theft of government property).

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia

By: _____
James A. Mitzelfeld
Assistant U.S. Attorney
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-7131
Email: james.mitzelfeld@usdoj.gov