U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

SEP - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

v.  :

VICTOR R. PAPACHO  :

Case No. 08-259 (PLF)

:

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___**2ND**___ day of ___**September 2008**___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___**9/3/08 at 9:15 a.m.**___ by ___**Special Agents Gambill & Kesici w/ NCIS**___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to **Naval Criminal Investigative Service Field Office Washington, 1014 N Street, SE Suite 102, Washington Navy Yard, DC 20374-5008** ___ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ___**Special Agents Gambill & Kesici w/ NCIS**___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) **Paul L. Friedman**

DOJ USA-16-1-80